IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL F. ROGERS, Esquire, Administrator of the Estate of Terrence T. Taylor, Deceased<br><br>*Plaintiff*<br><br>v.<br><br>MONTGOMERY COUNTY, et al.<br><br>*Defendants.* | Case No. 2:19-cv-04921-JDW |

## ORDER

**AND NOW**, this 10th day of May, 2021, upon consideration of the PrimeCare Defendants' Memorandum In Support of Why This Court Should Dismiss Plaintiff's Cause of Action For Lack of Jurisdiction (ECF No. 83) and Plaintiff's Memorandum In Support of Retaining Supplemental Jurisdiction of Plaintiff's State Law Claims (ECF No. 84), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that, pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise supplemental jurisdiction over the remaining claim in this case. Therefore, Plaintiff's remaining claim for medical negligence under state law against Defendants PrimeCare Medical, Inc., Dr. Margaret Carrillo, Claudette Foster, R.N., Thomas Reece, LPN, and Judith McIlhorne, R.N. is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.